Christopher A. Chekan, Troy, MI, for
Plaintiffs–Appellants.

Before NORRIS, GIBBONS, Circuit
Judges; and TODD, District Judge.*

MEMORANDUM OPINION

PER CURIAM.

In this breach of contract case, founded
upon diversity of citizenship jurisdiction,
28 U.S.C. § 1332, plaintiffs, Tekonsha En-
gineering Co., Inc., and Theodore Barg-
man Co., appeal the district court's grant
of summary judgment to defendant, C.W.
Industries, Inc.

* The Honorable James D. Todd, Chief United
States District Court Judge for the Western

Having had the benefit of oral argument
and having carefully considered the record
on appeal, the briefs of the parties, and the
applicable law, we are not persuaded that
the district court erred in granting sum-
mary judgment to defendant.

Because the reasoning which supports
judgment for defendant has been articulat-
ed by the district court, the issuance of a
detailed written opinion by this court
would be duplicative and serve no useful
purpose. Accordingly, the judgment of
the district court is affirmed upon the rea-
soning employed by that court in its well-
reasoned opinion dated January 26, 2004.

Richard ENGLAND, Plaintiff–Appellee,

v.

Timothy E. BIGHAM, Defendant–
Appellant.

No. 04–3006.

United States Court of Appeals,
Sixth Circuit.

Feb. 14, 2005.

District of Tennessee, sitting by designation.

John A. Yaklevich, Columbus, OH, for Plaintiff–Appellee. Douglas J. Suter, Isaac, Brant, Ledman & Teetor, Columbus, OH, for Defendant–Appellant.

Before SUHRHEINRICH, ROGERS, and COOK, Circuit Judges.

PER CURIAM.

Timothy Bigham appeals the district court's order denying summary judgment to the defendant. After reviewing the record, the parties' briefs, and the applicable law, this court determines that no jurisprudential purpose would be served by a panel opinion and affirms the district court's decision for the reasons stated in that court's opinion.